> *Judgment affirmed; costs to be paid by appellant.*

ED JACOBSEN, JR., INC. *v.* WHITE, ET AL.

[No. 301, September Term, 1967.]

*Decided May 31, 1968.*

The cause was argued before HAMMOND, C. J., and MARBURY, BARNES, McWILLIAMS, SINGLEY and SMITH, JJ.

*Kathryn E. Diggs,* with whom were *Bowen & Diggs* on the brief, for appellant.

*Allen Jones, Jr.,* with whom were *Wilkes & Artis, William N. Dunphy* and *Dunphy, Sanders & Anderson* on the brief, for appellees.

PER CURIAM.

The appellant failed completely to meet the requirements of Maryland Rule 828, printing no part of the transcript. The appeal is dismissed under Rule 828 and Rule 835 b (5).

Had we decided the case on the merits, the judgment appealed from would have been affirmed.

> *Appeal dismissed; costs to be paid by appellant.*